UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELANIC PALACE OF THE RISING SUN, INC.,
and FA'DEE MULAZIM,

      Plaintiffs,

v.                                                                                            Case No. 06-13349
                                                         Hon. Victoria A. Roberts

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.

      Defendant.
_____

### ORDER *SUA SPONTE* DISMISSING COMPLAINT

      This matter is before the Court on Plaintiffs' Complaint seeking an accounting and judgment for the amount found to be due on a share of stock in the "American Tel & Tel" corporation. Plaintiffs allege the share, purchased in 1984, had a value of $17.00. The share was placed in a corporate account with Defendant. Plaintiffs claim there have not been any interest payments to date.

      While Plaintiffs cite several inapplicable federal statutes in the Complaint, they fail to identify a federal cause of action sufficient to confer subject matter jurisdiction. *See* 28 USC §1331. Further, the amount in controversy does not meet the threshold requirement for diversity subject matter jurisdiction pursuant to 28 USC §1332.

      Accordingly, Plaintiffs' Complaint is **DISMISSED** for lack of subject matter jurisdiction. Additionally, Plaintiffs filed a Motion for appointed counsel and to proceed

1

in *forma pauperis* on July 25, 2006.  The Motion to appoint counsel is **MOOT**, and the

Motion to proceed in *forma pauperis* is **GRANTED**.

   **IT IS SO ORDERED.**


               **S/Victoria A. Roberts**
               **Victoria A. Roberts**
               **United States District Judge**

**Dated:  July 28, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on July 28, 2006.**
>
> **S/Carol A. Pinegar**
> **Deputy Clerk**